UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Petitioner,

        vs.                    Civil No.  12-295-DRH-DGW

ROBERT A. BACON,

    Respondent.

## MEMORANDUM AND ORDER

After reviewing the Petition to Enforce Internal Revenue Service Summons filed by the United States on April 6, 2012, the Declaration of Richard Kleeb, Revenue Officer of the Internal Revenue Service, and the Exhibits attached thereto,

**IT IS ORDERED** that Respondent, Robert A. Bacon, shall appear in person before the United States District Court for the Southern District of Illinois, in East St. Louis, Illinois, at 2:30 p.m. on May 24, 2012, to show cause why he should not be compelled to obey the Internal Revenue Service summonses served upon him on June 16, 2011.  Respondent shall bring with him at that time the books, papers, records, and other data described in the Internal Revenue Summons served upon him on June 16, 2011.

It is further **ORDERED** that a copy of this Order, together with the petition, and the exhibits attached thereto, shall be personally served upon Robert A. Bacon, and that in accordance with the provision of Rule 4.1 of the Federal Rules of Civil

Procedure, such service may be effected by any agent or officer of the Internal Revenue Service. **Petitioner is responsible for obtaining proper service of this Order on Respondent.**

**IT IS ORDERED** that within thirty (30) days of service of a copy of this Order and the petition with exhibits upon him, Respondent shall file and serve a written response to the petition supported by appropriate affidavit(s), as well as any motions he wishes to file.

**IT IS SO ORDERED.**

Dated: April 10, 2012

Digitally signed by David R. Herndon
Date: 2012.04.10 10:21:58 -05'00'

**Chief Judge
United States District Court**